UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CHELSEA DANIELLE JOHNS,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-00051<br><br>Magistrate Judge Luke A. Evans |

**MEMORANDUM ORDER**

Defendant has filed an unopposed motion to remand the final decision of the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g). (Doc. No. 17.) In support of the motion, defendant concedes that the assessment of plaintiff's residual functional capacity by the administrative law judge (ALJ) was legally insufficient. (Doc. No. 18 at 1.) "Upon receipt of the Court's remand order, the agency will further consider the record as a whole, including the opinion evidence, to reevaluate Plaintiff's residual functional capacity. The agency will take further necessary action to complete the administrative record and issue a new decision." (*Id.*)

Sentence Four of Section 405(g) empowers the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). "If the district court wants to remand the case under Sentence Four, it must issue a final judgment on the merits of the ALJ's decision" and identify "a merits defect in the ALJ's analysis." *Follen v. Comm'r of Soc. Sec.*, 167 F.4th 352, 358 (6th Cir. 2026). Here, the Court agrees with the parties that the assessment of residual functional capacity was deficient but that remanding the case for further proceedings is the appropriate remedy.

Accordingly, the Court GRANTS[1] the motion to remand (Doc. No. 17). The agency's final decision is reversed and remanded for further proceedings under Sentence Four of 42 U.S.C. § 405(g). Plaintiff's motion for judgment on the record (Doc. No. 13) is DENIED WITHOUT PREJUDICE as MOOT. The Clerk of the Court is DIRECTED to issue a final judgment and to close this case.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge

---

[1] Under the District's Administrative Order 219-1 and the corresponding notice provided to the parties (Doc. No. 5), the parties are deemed to have consented to Magistrate Judge jurisdiction.